

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15cr72 HSO-RHW

ANDRE LATTOUR YOUNG  18 U.S.C. § 4

**The United States Attorney charges:**

On or about June 23, 2015, in Harrison County in the Southern Division of the Southern District of Mississippi, the defendant, **ANDRE LATTOUR YOUNG**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, possession, transfer, sale of stolen firearms as prohibited by 18 United States Code Section 922(j), did conceal the same by moving stolen firearms which had previously been shipped in, and affecting interstate commerce, knowing or having reasonable cause to believe the firearms were stolen, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

In violation of Section 4, Title 18 Untied States Code.

Ruth R. Morgan, Supv AUSA
GREGORY K. DAVIS
United States Attorney